Law Offices of Richard D Granvold, P.S.    Judge: Karen A. Overstreet
Richard D. Granvold Attorney at Law    Chapter: 7
31620 23rd Ave S Ste 205
Federal Way, WA 98003-5049
(253) 945-6062

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:
GLENN DAVID GAMBLE    )     ADV NO. 10-01151-KAO
   )
   Debtor,    )     JUDGMENT OF FULL DISCHARGE
   )     OF STUDENT LOANS RE:
_____)     VARIOUS DEFENDANTS
GLENN DAVID GAMBLE    )
   Plaintiff,    )
v.    )
SALLIE MAE INC, ET AL.    )
   Defendant.    )
_____)

**JUDGMENT SUMMARY**

1.     Judgement Creditor     Glenn David Gamble

2.     Judgment Debtors:     National Collegiate Trust, Key Corp Student Loan Trust, American Education Services, Great Lakes Education Loan Services, Inc. , ACS, and The Education Resources Institute,

**(But not Key Bank National Association, Sallie Mae, Inc. or ECMC which is assignee of Northwest Education Loan Association)**

3.     Principal Judgment Amount:     $ 0

4.     Prejudgment Interest:     $ 0

5.     Attorney's Fees:     $ 0

6.     Costs:     $ 0

7.     TOTAL JUDGMENT AMOUNT:     $ 0

8.     Attorney for Judgment Debtor:     RICHARD D. GRANVOLD

   31620 23RD AVE SO, #205
   FEDERAL WAY, WA 98003-5049
   (253) 945-6062

Judgment Discharging Debts     1     Law Office of Richard D. Granvold, P.S.
Against Some Defendants Only     31620 23rd Ave So, Ste 205
   Federal Way Wa 98003-5049
   (253) 945-6062

Case 10-01151-KAO    Doc 29    Filed 07/09/10    Entered 07/09/10 14:50:20    Page 1 of 3

The court having entered an separate order of default on file herein against defendants National Collegiate Trust, Key Corp Student Loan Trust, American Education Services, Great Lakes Education Loan Services, Inc. , ACS, and The Education Resources Institute, herein pursuant to that motion dated July 9, 2010,

and the debtor having been indebted to defendants National Collegiate Trust, Key Corp Student Loan Trust, American Education Services, Great Lakes Education Loan Services, Inc. , ACS, and The Education Resources Institute,

 and that said debts are dischargeable in full pursuant to 11 U.S. C 523(a)(8) as provided herein, and having been fully advised in the premises, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**

1. that said debt is discharged pursuant to 11 U.S.C. 523(a)(8) in full said debts owed to National Collegiate Trust, Key Corp Student Loan Trust, American Education Services, Great Lakes Education Loan Services, Inc. , ACS, and The Education Resources Institute by Plaintiff;

2. Each party shall incur their own attorney fees and costs;

3. This case shall not be closed as other defendants still

Judgment Discharging Debts       2      Law Office of Richard D. Granvold, P.S.
Against Some Defendants Only            31620 23rd Ave So, Ste 205
                                        Federal Way Wa 98003-5049
                                        (253) 945-6062

Case 10-01151-KAO   Doc 29   Filed 07/09/10   Entered 07/09/10 14:50:20   Page 2 of 3

1 | remain at this time;
2 | DATED AS OF ENTERED ON DOCKET DATE ABOVE
3 |
4 | *Karen A. Overstreet*
5 | United States Bankruptcy Judge
   | (Dated as of Entered on Docket date above)
5 | Presented by:
6 |
7 | /S/ Richard D Granvold
   | RICHARD D. GRANVOLD
   | Attorney for Plaintiff
8 | WSBA #16903

Judgment Discharging Debts          3      Law Office of Richard D. Granvold, P.S.
Against Some Defendants Only                31620 23rd Ave So, Ste 205
                                            Federal Way Wa 98003-5049
                                            (253) 945-6062