Honorable Karen A. Overstreet
Chapter 7

Michaelanne Ehrenberg, WSBA #25615
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for Educational Credit Management Corporation

# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>GLENN DAVID GAMBLE, JR,<br><br>Debtor. | Case No. 09-21923-KAO |
| GLENN DAVID GAMBLE, JR,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE GUARANTEE SERVICES INC.; KEY BANK NATIONAL ASSOCIATION; NATIONAL COLLEGIATE TRUST; KEY CORP STUDENT LOAN TRUST; AMERICAN EDUCATION SERVICES; GREAT LAKES EDUCATIONAL LOAN SERVICES INC.; ACS; NORTHWEST EDUCATION LOAN ASSOCIATION, and EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendants. | Adv. Pro. No. 10-01151-KAO<br><br>STIPULATION TO DISMISSAL OF THE ADVERSARY PROCEEDING |

STIPULATION TO DISMISSAL - 1
#775373 v1 / 32859-229

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

This matter is before the court on the complaint of Glenn David Gamble, Jr. ("Plaintiff"), requesting that this Court declare that the student loan debt incurred by Plaintiff is dischargeable, pursuant to 11 U.S.C. § 523(a)(8).

Through their attorneys of record, Plaintiff and Educational Credit Management Corporation ("ECMC") have reached an agreement regarding dismissal of this case. Plaintiff and ECMC hereby stipulate and agree as follows:

1. Plaintiff filed for bankruptcy protection under Chapter 13 of the bankruptcy code on November 13, 2009. The matter was converted to a Chapter 7 on November 25, 2009, and the debtor received a discharge on March 17, 2010.

2. Plaintiff filed this adversary proceeding on March 15, 2010, and included guarantor Northwest Education Loan Association ("NELA") as a named defendant.

3. The student loan debt held by NELA and subject to this adversary proceeding was transferred by NELA to and pursuant to ECMC's motion, on June 24, 2010 this court entered an Order Granting Motion to Allowing Educational Credit Management Corporation To Substitute For Northwest Education Loan Association

4. The student loan debt held by ECMC may be summarized as follows:

| Loan type[1]: | Loan Date: | Disbursed Amount: | Lender – Servicer |
|---|---|---|---|
| CONS | 12/08/2005 | $214,328 | BONY Mellon ELT SLM Trusts – ACS |

5. The Loans were incurred by Plaintiff under a program funded in whole or in part by a governmental unit within the meaning of 11 U.S.C. § 523(a)(8).

---

[1] CONS refers to a Federal Family Education Loan Program Consolidation loan. A consolidation loan combines one or more student loans incurred while attending school, into one new loan. ECMC's records at this time indicate that the underlying loans to the subject loan were incurred for the Plaintiff's enrollment at Everest Institute, Donnelly College, The National University of Health Sciences, and Bastyr University.

STIPULATION TO DISMISSAL - 2
#775373 v1 / 32859-229

6. ECMC and Plaintiff agree to the dismissal of this adversary proceeding, without prejudice, so that Plaintiff may pursue repayment of his loan under the Income Based Repayment Plan ("IBR") available to him.

A proposed order is being filed concurrently herewith.

DATED this 2nd day of November, 2010.

*[signature]*
Michaelanne Ehrenberg, WSBA #25615
Of Karr Tuttle Campbell
Attorneys for Educational Credit Management Corporation

*[signature]*
Richard D. Granvold, WSBA #16903
Attorney for Plaintiff Glenn David Gamble, Jr.

STIPULATION TO DISMISSAL - 3
#775373 v1 / 32859-229

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100