Christine A. Ford, Esquire WSBA#13972
Christine A. Ford, P.S.
7403 Lakewood Drive, West, Suite 11
Lakewood, WA 98499-7951
Telephone: (253) 472-9747
Facsimile: (253) 474-1444
E-mail: ecf@cfordlaw.com

Attorneys for Defendant, Sallie Mae, Inc.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
### Seattle Division

| | |
|---|---|
| In re:<br><br>GLENN DAVID GAMBLE, JR.,<br><br>Debtor. | Bankr. Case No.: 09-21923-KAO<br><br>Chapter 7 |
| GLEN DAVID GAMBLE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, KEY BANK NATIONAL ASSOCIATION, NATIONAL COLLEGIATE TRUST, KEY CORP STUDENT LOAN TRUST, AMERICAN EDUCATION SERVICES, GREAT LAKES, EDUCATIONAL LOAN SERVICES, INC., ACS, HICA EDUCATION LOAN CORP., and NORTHWEST EDUCATION LOAN ASSOC.,<br><br>Defendants. | Adv. Proc. No.: 10-01151<br><br><br><br><br><br><br>**ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF, GLEN DAVID GAMBLE, JR., AND DEFENDANT, SALLIE MAE, INC.** |

ORDER APPROVING STIPULATION INC.
SETTLEMENT OF ADVERSARY PROCEEDING
BETWEEN PLAINTIFF, GLEN DAVID GAMBLE, JR.,
AND DEFENDANT, SALLIE MAE, INC.- 1

CHRISTINE A. FORD, P.S.
Attorney at Law
7403 Lakewood Dr. West, Suite 11
Lakewood, WA 98499-7951
Telephone: (253) 472-9747
Facsimile: (253) 474-1444
E-mail: ecf@cfordlaw.com

AND NOW, upon consideration of the Stipulation in Settlement of Adversary Proceeding ("Stipulation") between the Plaintiff, Glenn David Gamble, Jr. ("Plaintiff"), and Defendant, Sallie Mae, Inc. ("Sallie Mae"), in the above-captioned matter, it is

ORDERED, that the Stipulation is hereby approved and made an Order of this court; and it is further

ORDERED, that upon Plaintiff's payment to Sallie Mae in the total amount of $4,500.00, within thirty (30) days after the court's entry of this Order, and the grant of a general discharge in the Plaintiff's main bankruptcy case, the Plaintiff will owe no further obligation to Sallie Mae; and it is further

ORDERED, that Sallie Mae is hereby dismissed as a party to this adversary proceeding, subject to the terms of the Stipulation and this Order.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by

*Christine A. Ford*
Christine A. Ford, Esquire
Attorney for Defendant, Sallie Mae, Inc.

Approved for Entry:

*Richard D. Granvold*
Richard D. Granvold, Esquire
Attorney for Plaintiff, Glenn David Gamble, Jr.

ORDER APPROVING STIPULATION INC.
SETTLEMENT OF ADVERSARY PROCEEDING
BETWEEN PLAINTIFF, GLEN DAVID GAMBLE, JR.,
AND DEFENDANT, SALLIE MAE, INC.- 2

CHRISTINE A. FORD, P.S.
Attorney at Law
7403 Lakewood Dr. West, Suite 11
Lakewood, WA 98499-7951
Telephone: (253) 472-9747
Facsimile: (253) 474-1444
E-mail: ecf@cfordlaw.com